IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAVON N. WASHINGTON, #403164 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. PWG-14-1854 |
| STATE OF MARYLAND, *et al.* | * |
| Respondents. | * |
| | ***** |

MEMORANDUM

On June 9, 2014, this 28 U.S.C. § 2241 petition for habeas corpus was received for filing from Tavon Washington ("Washington"). At the time he filed his action, Washington was detained at the Maryland Reception Diagnostic and Classification Center ("MRDCC"). The action challenged the failure to provide Washington due process by affording him a prompt parole revocation hearing in light of the April 4, 2014 issuance of a parole retake warrant. ECF No. 1. Washington sought immediate release, a parole revocation hearing, or court action to quash the retake warrant. *Id.*

The respondents have filed a motion to dismiss, which remains unopposed as of the within signature date. ECF No. 5. A hearing is deemed unnecessary. For reasons to follow the motion to dismiss shall be granted and the case shall be dismissed without prejudice.

There is no dispute that on June 17, 2014, the Maryland Parole Commission recalled the retake warrant and on June 18, 2014, Washington was released from the Division of Correction to a detainer in Prince George's County, Maryland. *Id.*, Exs. A & B. Inasmuch as Washington has received the habeas relief he sought and has not provided the court his current address in compliance with Local Rule 102.1.b.iii (D. Md. 2014), the petition is subject to dismissal.

For the foregoing reasons, Washington's petition shall be dismissed without prejudice. A separate Order follows.

_____  08/19/14
Paul W. Grimm
United States District Judge